**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 21-CR-20303-DPG

UNITED STATES OF AMERICA,

v.

JESUS TRUJILLO,

    Defendant.
_____/

**ORDER DENYING RENEWED MOTION *IN LIMINE* TO EXCLUDE**
**SUMMARY EVIDENCE**

THIS MATTER is before the Court on Defendant Jesus Trujillo's ("Defendant") Second and Renewed Motion *in Limine* and Response in Opposition to the Government's Notice of Intention to Utilize Summary Evidence [DE 247]. Defendant's Motion seeks to exclude three of the Government's 113 new proposed summary charts. DE 247 at 2. The Court has considered the Motion [DE 247], the Government's Response [DE 250], and the record. Defendant's second and renewed motion *in limine* must be DENIED.

The Government has established that the charts are based on Medicare payments and bank records that have been produced to Defendant and cannot be conveniently examined in court. The charts organize the evidence expected from testimony and other records, which are relevant to the operation of the money laundering scheme, Defendant's participation therein, and the concealment element. As to two of the charts, Defendant's Motion simply repeats his prior objections, which the Court denied [DE 211]. The third chart titled "Cash Deposit Detail by Month" not only meets the requirements of Federal Rule of Evidence

1006, but it also lays to rest Defendant's conclusory allegation that the charts request the jury to make an unsupported inferential leap. DE 247 at 9. The jury will be permitted to consider the details of the cash deposits and give whatever weight it deems appropriate. Accordingly, it is

ORDERED that Defendant's Second and Renewed Motion *in Limine* to Exclude Summary Evidence [DE 247] is DENIED.

DONE AND ORDERED in Miami, Florida, this 17th day of May, 2023.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record