UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CR-20303-DPG

UNITED STATES OF AMERICA

vs.

JESUS TRUJILLO,

      **Defendant,**

_____/

**NOTICE OF SENTENCING AGREEMENT**

     The United States, through undersigned counsel, hereby notifies the Court that the parties in the above-captioned criminal case have reached an agreement regarding sentencing, a copy of which is attached to this notice.

                                                Respectfully submitted,

                                                MARKENZY LAPOINTE
                                                UNITED STATES ATTORNEY
                                                SOUTHERN DISTRICT OF FLORIDA

                                                GLENN S. LEON, CHIEF
                                                FRAUD SECTION, CRIMINAL DIVISION
                                                U.S. DEPARTMENT OF JUSTICE

Date:  December 18, 2023                By:  */s/ D. Keith Clouser*
                                                            Jamie de Boer
                                                             Florida Special Bar No. A5502601
                                                             D. Keith Clouser
                                                             Florida Special Bar No. A5502882
                                                             Trial Attorneys
                                                             United States Department of Justice

        Criminal Division, Fraud Section
        1400 New York Avenue, NW
        Washington, DC 20005
        Tel.:  (202) 304-6801 (de Boer)
        Tel.:  (202) 256-0867 (Clouser)
        Jamie.deBoer@usdoj.gov
        David.Clouser@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 18, 2023, I served and filed the foregoing document with the Clerk of the Court via ECF.

        By:    /s/ *D. Keith Clouser*
                    D. KEITH CLOUSER
                    Trial Attorney
                    United States Department of Justice
                    Criminal Division, Fraud Section