UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20303-GAYLES

UNITED STATES OF AMERICA

    *Plaintiff,*

vs.

**JESUS TRUJILLO,**

    *Defendants.*

_____/

## DEFENDANT'S MOTION TO CHANGE ADDRESS AND RESIDE WITH HIS MOTHER AND BROTHER

**COMES NOW**, the Defendant, **JESUS TRUJILLO**, by and through his undersigned attorney, hereby files this Motion to Change his address to reside with his mother and brother; and states the following in support:

1. The Defendant, **JESUS TRUJILLO**, is presently on a $100,000.00 10% Bond and also a $500,000.00, Personal Surety Bond. He is on electronic monitoring with a GPS and has a curfew.

2. The Defendant has been in full compliance with all bond conditions and directives from his supervising pre-trial officer since his release from custody - - or for over 2.5 years. At his recent sentencing hearing; the Court enabled him to surrender on January 19th, 2024, to start to serve his sentence.

3. The present lease where he resides will end this Sunday night on December 31st, 2023. He cannot get an extension. Just prior to Christmas he informed his pre-trial services officer that he would need to move into his brother's house, Manuel J. Trujillo, where he resides with his wife and children. The Defendant's mother also lives at that location. The address is: 8943 SW 128th Street, Miami, FL 33176. Both his mother and brother testified at the recent sentencing hearing.

4. The defendant spoke to his pre-trial supervision officer, after sentencing and before Christmas; who did not have any objection - - but told him he would need authorization from the Court.

5. Undersigned counsel recently attempted to confirm the same with his USPO, but could not reach him today - - first day back to the office. Undersigned counsel sent an email to the two prosecutors, Trial Attorney Keith Clouser and Jamie De Boer, today. Mr. Clouser is out of the office; Mrs. De Boer responded that the Government is attempting to contact the USPO, but has not been able to reach him yet.

6. Due to the time constraints; undersigned counsel files this motion now.

**WHEREFORE,** the Defendant prays this Court will grant this motion and allow him to reside with his mother and brother, because his lease will expire at mid-night on Sunday, December 31st, 2023.

Respectfully submitted,

***S. PATRICK DRAY, P.A.***
S. Patrick Dray, Esq.,
333 SE 2nd Ave, Suite 2000
Miami, FL  33131/ Ph. (305) 379-4501

By: /s/ *S. Patrick Dray*
    S. Patrick Dray
    Florida Bar No. 0180157
    pat@patdray.com

*Co-Counsel & Attorney for Jesus Trujillo with*

**Ernesto Segundo Medina, P.A.**
Ernesto S. Medina, Esq.,
782 NW 42nd Ave, Suite 634
Miami, FL  33126
Ph.: 305-260-0541

By: /s/*Ernesto S. Medina*
    Ernesto S. Medina
    Florida Bar No.: 299855
    Emedina0653@yahoo.com
*Attorney for Jesus Trujillo*

## CERTIFICATE OF SERVICE

**I CERTIFY** that on December 28th, 2023, I electronically filed the foregoing document with service to all counsel of record using CM/ECF.

    /s/ *S. Patrick Dray*
    S. PATRICK DRAY, ESQUIRE