UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20303-GAYLES

UNITED STATES OF AMERICA

v.

JESUS TRUJILLO,

          Defendant.

## FINAL ORDER OF FORFEITURE

**THIS MATTER** is before the Court upon motion of the United States of America (the "United States") for entry of a Final Order of Forfeiture ("Motion") [ECF No. 440]. The Court has considered the Motion, is otherwise advised in the premises, and finds as follows:

1.    On December 20, 2023, pursuant to 18 U.S.C. § 982(a)(1), the Court entered a Preliminary Order of Forfeiture, ECF No. 383, forfeiting, subject to third-party interests, the following property to the United States, among other assets:

    i.   Real property located at 18051 Biscayne Boulevard, Unit 301-1, Aventura, Florida 33160, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon,

        Also known as: Unit 301, of Tower I North Building of Del Prado Condominium, a Condominium, Together with an Undivided Interest in the Common Elements Appurtenant Thereto, According to the Declaration Thereof, as Recorded in Official Records Book 7074, at Page 444, of the Public Records of Miami-Dade County, Florida

        Parcel ID: 28-2210-014-0040.

2.    Notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days. *See* Decl. of Publication, ECF No. 425; 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

3. Direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture, or such person was on actual notice of the forfeiture. *See* Fed. R. Crim. P. 32.2(b)(6); *accord* 21 U.S.C. § 853(n)(1). *See* Exhibit A (Direct Notices and Delivery Confirmations, attached to Motion).

4. The notice advised that any person, other than the defendant in the above-captioned case, asserting a legal interest in the property sought for final forfeiture may petition the Court for a hearing to adjudicate the validity of that person's alleged interest, within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier. Fed. R. Crim. P. 32.2(b)(6); 21 U.S.C. § 853(n)(2).

5. In addition, on January 2, 2024, the notice was posted on the real property sought for final forfeiture in an open and conspicuous manner by law enforcement agents. *See* Return of Executed Service, ECF No. 407.

6. The time period for filing a petition claiming an interest in the property sought for final forfeiture has expired, and no petition or claim has been filed.

7. Pursuant to 21 U.S.C. § 853(n)(7), once all third-party petitions have been disposed of and/or if no timely petitions have been filed, "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." *Accord* Fed. R. Crim. P. 32.2(c)(2).

8. Therefore, the United States is entitled to a Final Order of Forfeiture that vests in the United States clear title to in the following property:

> i. Real property located at 18051 Biscayne Boulevard, Unit 301-1, Aventura, Florida 33160, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon,
>
> Also known as: Unit 301, of Tower I North Building of Del Prado Condominium, a Condominium, Together with an Undivided Interest in the

Common Elements Appurtenant Thereto, According to the Declaration Thereof, as Recorded in Official Records Book 7074, at Page 444, of the Public Records of Miami-Dade County, Florida

Parcel ID: 28-2210-014-0040.

Accordingly, based on the foregoing, the evidence of record, and for good cause shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that:

1. Pursuant to 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853, and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, all right, title, and interest in the following property is hereby finally forfeited to and vested in the United States of America:

> i. Real property located at 18051 Biscayne Boulevard, Unit 301-1, Aventura, Florida 33160, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon,
>
> Also known as: Unit 301, of Tower I North Building of Del Prado Condominium, a Condominium, Together with an Undivided Interest in the Common Elements Appurtenant Thereto, According to the Declaration Thereof, as Recorded in Official Records Book 7074, at Page 444, of the Public Records of Miami-Dade County, Florida
>
> Parcel ID: 28-2210-014-0040.

2. Any duly authorized law enforcement official may seize and take immediate possession of the property, exercising any and all incidents of ownership with respect thereto, and dispose of such property in accordance with law.

3. Pursuant to 21 U.S.C. § 853(g), all persons occupying the real property forfeited herein without the permission of the United States are ordered to vacate the real property, remove all personal property, and leave all improvements, buildings, fixtures, and appurtenances within the real property. Any personal property remaining in the real property shall be considered abandoned and will be disposed of by any authorized law enforcement official.

    4.    The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order.

**DONE AND ORDERED** in Miami, Florida, this \_\_10th\_\_ day of April 2024.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**