UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §   Case No. **1:21-cr-20303-DPG-1** |
| vs. | § |
| | § |
| JESUS TRUJILLO, | § |
| Defendant. | § |

**UNOPPOSED MOTION FOR EXTENSION OF THE DEADLINE TO RESPOND
TO PETITIONER'S SECTION 2255 PETITION**

The United States of America, by and through its undersigned counsel, hereby files this motion to extend the government's deadline to respond to the Section 2255 petition filed by Jesus Trujillo ("Petitioner").

Petitioner filed his petition on December 13, 2024. (Dkt. 529). Based on the issues raised in the petition, the government anticipates that it will require affidavit(s) from Petitioner's prior counsel in support of its response. The government respectfully requests a 30-day extension of its response deadline—so to Monday, January 27, 2025—to permit the government to obtain those affidavit(s) and incorporate them into its response, as well as to accommodate holiday schedules.

Counsel for the government has conferred with counsel for Petitioner, and Petitioner's counsel is unopposed to this extension.

Respectfully submitted,

GLENN S. LEON
Chief, Fraud Section
U.S. Department of Justice

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

1

By:     *s/ D. Keith Clouser*
D. Keith Clouser
Florida Special Bar No. A5502882
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 256-0867
david.clouser@usdoj.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 17, 2024, counsel for the government Emily Gurskis conferred with counsel for Petitioner, who indicated that he is unopposed to the relief sought in this motion.

*s/ D. Keith Clouser*
D. Keith Clouser

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2024, a copy of the foregoing was filed electronically using the CM/ECF system.

*s/ D. Keith Clouser*
D. Keith Clouser
Trial Attorney
U.S. Department of Justice