**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **Case No.  1:21-cr-20303-DPG-1** |
| **vs.** | § | |
| | § | |
| **JESUS TRUJILLO,** | § | |
| Defendant. | § | |
| | § | |

**ORDER EXTENDING DEADLINE TO RESPOND**
**TO PETITIONER'S SECTION 2255 PETITION**

Before the Court is the government's *Unopposed Motion for Extension of the Deadline to Respond to Petitioner's Section 2255 Petition*, regarding Jesus Trujillo's ("Petitioner's") motion to vacate, set aside, or correct his sentence (the "petition").

Petitioner filed his petition on December 13, 2024. (Dkt. 529).   The government requests a 30-day extension of its response deadline, to Monday, January 27, 2025, to obtain affidavit(s) from prior defense counsel and accommodate holiday schedules. Counsel for Petitioner is unopposed to this extension.

The government's *Unopposed Motion for Extension of the Response Deadline* is hereby **GRANTED**. The government must file its response on or before January 27, 2025.

ENTERED this the _____ day of December, 2024.

_____
**HONORABLE DARRIN P. GAYLES**
UNITED STATES DISTRICT JUDGE

1